AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maine

State of New York et al.

*Plaintiff(s)*

v.

U.S. Department of the Interior et al.

*Defendant(s)*

Civil Action No. 2:26-cv-00453-JCN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Invenergy NE Offshore Wind LLC
1 S. Wacker Drive, Suite 1500
Chicago, IL 60606

c/o Cogency Global Inc.
75 York Street, Suite 2
Portland, ME 04101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Libby Dimenstein
Office of the New York State Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 09/22/2026

Jennifer Lyons
Clerk, U.S. District Court

Civil Action No. 2:26-cv-00453-JCN

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Invenergy NE Offshore Wind LLC was received by me on *(date)* 9-28-2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jacob Riley, attorney , who is designated by law to accept service of process on behalf of *(name of organization)* Invenergy NE Offshore Wind LLC on *(date)* 9-29-2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-30-2026

Bethany Angle (signature)
*Server's signature*

Bethany Angle
*Printed name and title*

101 Bennett Rd, Camillus NY 13031
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

**Account No 199770- 2026-0962** **Civil Action No.: 2:26-CV00453-JCN**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

STATE OF NEW, ET AL

Plaintiff

vs

US DEPARTMENT OF THE INTERIOR ET AL.

Defendant

## AFFIRMATION OF SERVICE

Bethany Angle affirms and states that the undersigned is not a party to this action, is over 18 years of age and resides in the State of **Maine**. Undersigned further states that on 9/29 20 26 at 3:45 .M.at **75 YORK STREET, STE.2, PORTLAND, ME 04101** undersigned served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS** on **INVENERGY NE OFFSHORE WIND LLC C/O COGENCY GLOBAL INC**, recipient therein named,

CORPORATION [✓] by delivering thereat a true copy of each to Jacob Riley, attorney personally. Undersigned knew said corporation so served to be the corporation described in said summons. At the time of service, I asked the person served if he/she is person authorized to accept for said corporation, and received a positive reply.

DESCRIPTION [✓] Undersigned describes the individual served as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| [✓] Male | [✓] White Skin | [ ] Black Hair | [ ] White Hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [ ] Female | [ ] Black Skin | [✓] Brown Hair | [ ] Balding | [ ] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100–130 Lbs |
| | [ ] Yellow Skin | [ ] Blond Hair | | [✓] 36-50 Yrs | [ ] 5'4"-5'8" | [ ] 131–160 Lbs |
| | [ ] Brown Skin | [ ] Grey Hair | | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [✓] 161–200 Lbs |
| | [ ] Red Skin | [ ] Red Hair | | [ ] Over 65 Yrs | [✓] Over 6' | [ ] Over 200 Lbs |

Other identifying features: blue eyes, no glasses

I affirm on 30 day of September 20 26

Under penalties of perjury under the laws of New York State, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, I understand that this document may be filed in an action or proceeding in a court of law.

Bethany Angle
SIGNATURE

BETHANY Angle
PRINT FULL NAME

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maine

State of New York et al.

*Plaintiff(s)*

v.

U.S. Department of the Interior et al.

*Defendant(s)*

Civil Action No. 2:26-cv-00453-JCN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Invenergy Wind Offshore LLC
1 S. Wacker Drive, Suite 1500
Chicago, IL 60606

c/o Cogency Global Inc.
122 E. 42nd Street, 18th Floor
New York, NY 10168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Libby Dimenstein
Office of the New York State Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 09/22/2026

Jennifer Lyons
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00453-JCN

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Invenergy Wind Offshore LLC

was received by me on *(date)* September 28, 2026 .

☐ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________, a person of suitable age and discretion who resides there,

on *(date)* __________, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Petrona Varela, Cogency Global Inc. , who is designated by law to accept service of process on behalf of *(name of organization)* Invenergy Wind Offshore LLC

____________________ on *(date)* September 29, 2026; or

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10·2·26.

JGarcia #2473.

*Server's signature*

Jennifer Garcia, Detective

*Printed name and title*

NYS Office of the Attorney General, Major Investigations Unit
28 Liberty Street, New York, NY 10005

*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset